UNITED STATES of America,
Appellee,

v.

Felix HERRERA, Jr., also known as
Felix J. Herrera, Jr., Appellant.

No. 06–1742.

United States Court of Appeals,
Eighth Circuit.

Submitted: Nov. 23, 2007.

Filed: Nov. 29, 2007.

Charles E. Smith, Asst. U.S. Attorney, Kenneth Elser, Kenneth Elser, U.S. Attorney's Office, Fort Smith, AR, for Appellee.

Felix Herrera, Jr., Beaumont, TX, pro se.

Kevin Lee Hickey, Fort Smith, AR, for Appellant.

Before WOLLMAN, COLLOTON, and BENTON, Circuit Judges.

PER CURIAM.

Felix Herrera, Jr., challenges the district court's[1] order denying his "Motion for Reduction of Sentence (Rule 35)." We construe the motion as a motion to correct Herrera's sentence filed under Federal Rule of Criminal Procedure 35(a). *Cf.* Fed.R.Crim.P. 35(b) (upon government's motion within 1 year of sentencing, court may reduce sentence for defendant's substantial assistance). We conclude that the

district court did not abuse its discretion in denying the motion, as the sentence did not result "from arithmetical, technical, or other clear error." *See* Fed.R.Crim.P. 35(a); *United States v. Peltier*, 446 F.3d 911, 913 (8th Cir.2006) (standard of review).

Accordingly, the judgment is affirmed.

---

1. The Honorable Robert T. Dawson, United States District Judge for the Western District of Arkansas.